UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH SULLIVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES REEDER, et al.,<br><br>    Defendants. | Case No.: 3:25-cv-00236-MMD-CLB<br><br>**ORDER** |

On May 13, 2025, pro se plaintiff Keith Sullivan, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis* by an inmate housed at Northern Nevada Correctional Center. (ECF No. 1). Plaintiff has not filed a complaint.

Plaintiff is advised that "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

It is therefore ordered that Plaintiff has **until June 16, 2025**, to submit a signed complaint to this Court.

Plaintiff is advised that this action will be subject to dismissal without prejudice if he fails to timely comply.

The Clerk of the Court is directed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

**DATED**: May 15, 2025.

                                                                          **UNITED STATES MAGISTRATE JUDGE**