AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE KEITH WILLIAM SULLIVAN CASES | Case No's. 3:24-cv-00546-ART-CSD<br>3:25-cv-00165-MMD-CSD<br>3:25-cv-00231-ART-CSD<br>3:25-cv-00235-ART-CSD<br>3:25-cv-00236-MMD-CLB<br>3:25-cv-00237-ART-CSD<br>3:25-cv-00330-MMD-CSD<br>3:24-cv-00595-ART-CLB<br>3:25-cv-00116-MMD-CLB<br>3:25-cv-00120-ART-CLB<br>2:23-cv-01203-JAD-NJK<br>3:24-cv-00547-MMD-CLB<br>3:25-cv-00398-ART-CLB<br>3:25-cv-00318-ART-CSD<br>3:25-cv-00458-MMD-CSD<br>3:25-cv-00466-ART-CSD<br>3:25-cv-00526-MMD-CLB<br>2:23-cv-00869-GMN-DJA<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff, Keith W. Sullivan, pro se, and Defendants, Heather, Ramirez, Nethanjah Breitenbach, Bradly Kratz, Wayne Wilson, Roland Oliver, McCormack, CERT Member, Kenneth Williams, Leilani Flores, Erin, Marcus Dasi, Gutierez, Howerton, C. Meeks, James Dzurenda, Kara LeGrand, Daniel Collier, Bobby Preston, Ekeberry, Charles Reeder, Daniel Omler, Smith, C.E.R.T Members, NNCC Nurses, Medina-Hernandez, Bryan Shields, Carrie, Voss, John Henley, Robert Hartman, Marcus Dasi, Howerton, Gutierez, C. Meeks, Clark, Bobby Preston, Marks, Malay, Wilcox, Dawn Bequette, Leona Bianchi, Jennifer Kaufman, Mikal, Dante, Adams, Chambers, Meeks, Doctor Lovelock Correctional

Center, Marks, Erin, Gabriela Najera, Symour Omandac, Stacy Perkins, Brian Williams, Hurtado, James Brady, Davis, David Tolotti, Shelly Conlin, Bernard Brady, Travis Fratis, NDOC Staff Unknown, All other listed Defendants and Kyle Day, hereby stipulate that the above-captioned cases are dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 21st day of October, 2025.

By: _____
Keith W. Sullivan #92630
*Plaintiff, Pro se*

DATED this 21st day of October, 2025.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

DATED this 4th day of December, 2025.

_____
Miranda M. Du, U.S. District Judge